## BAILEY ET AL. *v.* HARSHMAN.

From the Clinton Circuit Court.

*J. N. Sims,* for appellants.

*L. McClurg, J. V. Kent, R. P. Davidson* and *J. C. Davidson,* for appellee.

HOWK, J.—The record of this cause, and the appellants' assignment of errors thereon, present precisely the same questions for our decision, as those which were considered and decided in the case of *Bailey* v. *Boyd,* 59 Ind. 292; and, upon the authority of that case, and for the reasons there given, this cause must be decided as that was decided.

The judgment is therefore affirmed, at the costs of the appellants.

## LEONARD ET AL. *v.* FULWILER.

From the Miami Circuit Court.

*R. P. Effinger* and *N. O. Ross,* for appellants.

WORDEN, J.—In this case the same questions are presented as those presented and decided in the case of *Leonard* v. *Blair.* 59 Ind. 510.

For the reasons given in that case, the judgment below must be reversed.

The judgment below is reversed, with costs, and the cause remanded, with instructions to the court below to sustain the demurrer to the complaint.